# Exhibit C

Noam Schreiber <noam.schreiber@fandz.com>

# QUESTIONS AND ADDITIONAL GUIDANCE REGARDING EXECUTIVE ORDER 14115, 89 FED. REG. 7605 (FEB. 1, 2024)

**Noam Schreiber** <noam.schreiber@fandz.com>  Wed, May 22, 2024 at 10:08 PM
To: OFAC_Feedback@treasury.gov
Cc: Marc Zell <mzell@fandz.com>

Sir/Madam:

Attached to this email is a letter requesting guidance concerning the referenced executive order.

Thank you for your immediate attention to this matter.

Noam Schreiber, Esq.



Jerusalem Office
34 Ben Yehuda Street
City Tower Building
14th Floor
Jerusalem 9423001 ISRAEL
Tel.: +972-2-633-6300  Fax: +972-2-672-1767
Email:  noam.schreiber@fandz.com
Web:    www.fandz.com

📄 **Guidance Letter to OFAC May 22, 2024.pdf**
256K

---

**OFAC_Feedback@treasury.gov** <OFAC_Feedback@treasury.gov>  Thu, May 23, 2024 at 12:48 AM
To: noam.schreiber@fandz.com
Cc: mzell@fandz.com, OFAC_Feedback@treasury.gov

Hello,

Thank you for your email.  Due to security protocols, OFAC is unable to open attachments contained in e-mail correspondence sent to this address.  We apologize for the inconvenience, but we were not able to review the information you provided in your attachment.  You may respond to this email with your question or request written in the text of the email and we will respond as soon as possible.

Sincerely,

Compliance Division

Office of Foreign Assets Control (OFAC)

U.S. Department of the Treasury

1500 Pennsylvania Ave. NW

Washington, DC 20220

Local: 1-202-622-2490

Toll Free: 1-800-540-6322

Email: OFAC_Feedback@treasury.gov

Website: https://ofac.treasury.gov/

ec

---

**From:** Noam Schreiber <noam.schreiber@fandz.com>
**Sent:** Wednesday, May 22, 2024 3:09 PM
**To:** OFAC_Feedback <OFAC_Feedback@treasury.gov>
**Cc:** Marc Zell <mzell@fandz.com>
**Subject:** QUESTIONS AND ADDITIONAL GUIDANCE REGARDING EXECUTIVE ORDER 14115, 89 FED. REG. 7605 (FEB. 1, 2024)

**** Caution:** External email from: [noam.schreiber@fandz.com] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Sir/Madam:

Attached to this email is a letter requesting guidance concerning the referenced executive order.

Thank you for your immediate attention to this matter.

Noam Schreiber, Esq.

Jerusalem Office

2

34 Ben Yehuda Street
City Tower Building
14th Floor
Jerusalem 9423001 ISRAEL
Tel.: +972-2-633-6300 Fax: +972-2-672-1767
Email: noam.schreiber@fandz.com
Web: https://hyperlink.services.treasury.gov/agency.do?origin=www.fandz.com

**Noam Schreiber** <noam.schreiber@fandz.com>  Thu, May 23, 2024 at 10:52 AM
To: OFAC_Feedback@treasury.gov
Cc: mzell@fandz.com, OFAC_Feedback@treasury.gov

Thank you for your quick response.

Our firm represents several individuals and entities who engage or intend to engage in political and charitable activities in connection with Judea and Samaria (also known as the "West Bank"). Our clients are concerned that some or all of these activities may be potentially sanctionable under Executive Order 14115, 89 Fed. Reg. 7605, 2024 WL 404478 (Feb. 1, 2024) ("EO" or "EO 14115"). The confusion of our clients stems from certain ambiguities in the EO as well as the recent imposition of sanction on two Israeli entities that raised funds for the *wives' and minor children* of blocked individuals, not the blocked individuals themselves. *See Treasury Designates Entities Involved in Raising Funds for Violent Extremists in the W. Bank*, Treas. JY-2281, 2024 WL 1694915 (Apr. 19, 2024) (placing the Israeli non-profit organizations "Mount Hebron Fund" and "Shlom Asiraich" on the Specially Designated Nationals and Blocked Persons List).

Accordingly, we request the following clarifications on behalf of our clients (*See* Letter from Bradley T. Smith, OFAC Director, to Daniel Hahiashvili, Supervisor of Banks, Bank of Israel (March 26, 2024), available on the OFAC website here ("We encourage anyone with questions or the need for additional guidance to contact the OFAC Compliance Hotline at […] OFAC_Feedback@treasury.gov.").

Would the following activities be sanctionable under EO 14115?:

(1)  Engaging in speech and political organization (*i.e.*, protests) opposing a two-state solution or defending the right of Jews to live in the West Bank;

(2)  Residing in or supporting the natural growth and expansion of Jewish communities in the West Bank;

(3)  Opposing in a non-violent manner efforts to undermine the Oslo Accords, including the Fayyad Plan of unilateral Palestinian take-over of open land in Area C;

(4)  Donating to Jewish charitable causes in the West Bank, such as schools for disadvantaged children;

(5)  Donating to Jewish charitable causes in the West Bank to enable communities to procure equipment for self-defence and security;

3

(6)  Supporting, in a non-violent manner, Israeli sovereignty over all or part of the West Bank;

(7)  Engaging in self-defence and protecting Jews from armed attack or resisting efforts at violent trespass by Palestinians;

(8)  Asserting title to and defending occupancy and ownership of land duly acquired by Jews in the West Bank against trespassers;

(9)  Maintaining a social media account dedicated to opposing a two-state solution.

(10) Maintaining a social media account dedicated to supporting Israel sovereignty over the West Bank;

(11) Advocating or lobbying for Israeli legislation or policy that would prevent a two-state solution;

(12) Advocating or lobbying for Israeli legislation or policy that supports Israel sovereignty over the West Bank.

In addition, please clarify whether the term "foreign person" as used in the EO includes individuals who hold both U.S. and foreign citizenship (dual nationals).

Each of the clarifications that we seek in this letter stem from concrete fears and concerns by our clients regarding their activities. As things currently stand, our clients, both in Israel and abroad (including the United States), are unable to freely engage in the aforementioned activities (or similar activities) as a result of the vagueness and breadth of EO 14115, both by its own terms and as applied up until now. We would therefore request your immediate attention in addressing these matters.

With professional regards,

Noam Schreiber, Esq.



Jerusalem Office
34 Ben Yehuda Street
City Tower Building
14th Floor
Jerusalem 9423001 ISRAEL
Tel.: +972-2-633-6300 Fax: +972-2-672-1767
Email:  noam.schreiber@fandz.com
Web:    www.fandz.com

[Quoted text hidden]