# Exhibit D

---

**OFAC_Feedback@treasury.gov** <OFAC_Feedback@treasury.gov>  Wed, Jun 5, 2024 at 6:27 PM
To: noam.schreiber@fandz.com
Cc: mzell@fandz.com, OFAC_Feedback@treasury.gov

Hello,

Thank you for your email.  In general, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) does not administer comprehensive sanctions against the West Bank.  The West Bank is not subject to broad, jurisdiction-based sanctions at this time, meaning that not all activity involving the West Bank, or persons located in the West Bank, are necessarily prohibited.

OFAC administers and enforces an economic sanctions program targeting individuals and entities associated with the West Bank**,** as set forth in the West Bank-Related Sanctions (the Regulations), Executive Order 14115, issued under the authority of the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-06 and other statutes**.**  The Regulations generally prohibit all unauthorized transactions by U.S. persons or within the United States involving the property or interests in property of any individual or entity blocked pursuant to this sanctions program.

The OFAC Sanctions List Search tool can be used to look for potential matches to persons listed on OFAC's sanctions lists.  The Sanctions List Search tool has a slider-bar (0 to 100 percent) that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search.  The Sanctions List Search tool will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar.

For more information, please see the Regulations and OFAC's List of Specially Designated Nationals and Blocked Persons, as well as other information specific to each sanctions program, on our website at https://ofac.treasury.gov.  For more information about West Bank-Related sanctions, please see Sanctions Program Website from Program List page: here.

Sincerely,

Compliance Division

Office of Foreign Assets Control (OFAC)

U.S. Department of the Treasury

1500 Pennsylvania Ave. NW

Washington, DC 20220

Toll Free: 1-800-540-6322

Local: 1-202-622-2490

Email: OFAC_Feedback@treasury.gov