# Exhibit E



Noam Schreiber <noam.schreiber@fandz.com>

## QUESTIONS AND ADDITIONAL GUIDANCE REGARDING EXECUTIVE ORDER 14115, 89 FED. REG. 7605 (FEB. 1, 2024)

**Noam Schreiber** <noam.schreiber@fandz.com>                     Mon, Jun 17, 2024 at 3:36 PM
To: OFAC_Feedback@treasury.gov, OFACLicensing@treasury.gov
Cc: Marc Zell <mzell@fandz.com>, jmarcus@marcuslaw.us
Bcc: מאיר דויטש <m.negev@gmail.com>, נעמי קאהן <naomi@regavim.org>

Our firms represent The Regavim Movement, a public interest organization dedicated to the protection of Israel's national lands and resources, as well as Regavim's Chief Executive Officer, Meir Deutsch; a number of persons who have donated to Regavim and wish to continue to do so; and a number of persons, including churches and political advocacy organizations, which have interacted with, supported, and been addressed by Regavim and its leaders. The Regavim Movement is active in the public, parliamentary and judicial spheres, through publication of opinion and research papers, and through the dissemination of reports, policy and opinion papers, media communications and, when necessary, legal action.

One of Regavim's initiatives is support for Tsav 9, an entity which conducts nonviolent demonstrations and civil disobedience in an effort to prevent the transfer of assets to Hamas. Hamas is a Designated Foreign Terrorist Organization, https://www.state.gov/foreign-terrorist-organizations/, and the provision of any financial support to Hamas is a federal crime. 18 U.S.C. §§ 2339A and B.

Tsav 9 is resolutely nonpartisan, and is supported over 15,000 members and supporters from all walks of Israeli life, and from all points on the religious and political spectra. Tzav 9 has publicly applauded and supported steps taken by the US and Israeli governments to ensure that Gaza aid actually reaches the civilian population of Gaza, rather than Hamas warehouses, including the construction and operation of the humanitarian pier off the Gaza coast. Tsav 9 supp

The protest activities in which Tsav 9 has engaged are completely nonviolent, and precisely the kind of public advocacy, and civil disobedience, of which President Biden, and members of his administration, have explicitly approved.

The United States has imposed sanctions on Tsav 9 pursuant to Executive Order 14115, notwithstanding the facts that

- Its activities are exclusively speech and civil disobedience, which President Biden has declared is protected First Amendment activity;

- Hamas is, indisputably, capturing aid sent into Gaza;

- The transfer of any resources to Hamas is a federal crime and directly contrary to the foreign policy interests of the United States;

- Tsav 9 has explicitly and publicly condemned any violence in connection with the delivery of aid to Gaza, and has taken careful and effective steps to ensure

that its activities are completely peaceful;

- Transfer to Hamas, or capture by Hamas, of aid designated for Gaza has occurred repeatedly, as acknowledged by the State Department itself, former US Ambassador David Satterfield, the United Nations Relief and Works Agency, and various Palestinian media and civic and political organizations including Fatah, as well as by the Israeli government and the Israel Defense Forces;

- Although officials from Regavim have been in regular contact with American diplomatic officials, the United States government made no contact with them or with the leadership or membership of Tsav 9 prior to the issuance of the sanctions, to learn anything about Tsav 9's activities or public statements.

In light of the foregoing, we request the following clarifications on behalf of our clients (*See* Letter from Bradley T. Smith, OFAC Director, to Daniel Hahiashvili, Supervisor of Banks, Bank of Israel (March 26, 2024), available on the OFAC website here ("We encourage anyone with questions or the need for additional guidance to contact the OFAC Compliance Hotline at […] OFAC_Feedback@treasury.gov.").

Would the following activities be sanctionable under EO 14115:

1. May American citizens donate funds to Regavim?
2.  May an American citizen serve as an officer of Regavim?
3. May American citizens donate funds to Regavim, designated for support of Tsav 9?
4. May American citizens invite officers of Regavim to speak in their churches or synagogues?  Does this depend on whether the invited speaker discusses the activity of Tsav 9?  May they pay the travel expenses incurred in connection with such a speaking engagement?  May they pay the speaker an honorarium?
5. May American citizens invite persons leading Tsav 9 to speak in their churches or synagogues?  May they pay the travel expenses incurred in connection with such a speaking engagement?  May they pay the speaker an honorarium?

In addition, please clarify whether the term "foreign person" as used in the EO includes individuals who hold both U.S. and foreign citizenship (dual nationals).

Each of the clarifications that we seek in this letter stem from concrete fears and concerns by our clients regarding their activities.  As things currently stand, our clients, both in Israel and abroad (including the United States), are unable to freely engage in the aforementioned activities (or similar activities) as a result of the vagueness and breadth of EO 14115, both by its own terms and as applied up until now. We would therefore request your immediate attention in addressing these matters.

With professional regards,

/s/ L. Marc Zell                                        /s/ Noam Schreiber

_____                    _____

L. Marc Zell                                              Noam Schreiber

2

7/23/24, 9:47 PM    Zell Aron & Co. Mail - QUESTIONS AND ADDITIONAL GUIDANCE REGARDING EXECUTIVE ORDER 14115, 89 FED. REG. …

Case 2:24-cv-00167-Z    Document 1-5    Filed 08/06/24    Page 4 of 4    PageID 87

ZELL, ARON & CO.
34 Ben Yehuda St.
14th Floor
Jerusalem, Israel 9423001
011-972-2-633-6300
*Email: mzell@fandz.com*

*Admitted to the Bars of the District of Columbia, the State of Maryland, the Commonwealth of Virginia, D.C. Circuit Court of Appeals, the United States Supreme Court and the State of Israel.*

ZELL, ARON & CO.
Binyamin Tech
Habanai 2
East Binyamin, Israel
011-972-2-633-6300
*Email: noam.schreiber@fandz.com*

*Admitted to the Bars of the District of Columbia, the D.C. Circuit Court of Appeals, the State of New York and the State of Israel.*


*/s/ Jerome M. Marcus*

---

Jerome M. Marcus
MARCUS & MARCUS LLC
P.O. Box 212
Merion Station, PA. 19066
610-664-1184
jmarcus@marcuslaw.us
*Admitted to the Bar of Pennsylvania*


Cc.:

Meir Deuch, Executive Director, Regavim




Jerusalem Office
34 Ben Yehuda Street
City Tower Building
14th Floor
Jerusalem 9423001 ISRAEL
Tel.: +972-2-633-6300 Fax: +972-2-672-1767
Email: noam.schreiber@fandz.com
Web: www.fandz.com