# Exhibit F



**OFAC_Feedback@treasury.gov** <OFAC_Feedback@treasury.gov>  Wed, Jul 3, 2024 at 10:38 PM
To: noam.schreiber@fandz.com
Cc: mzell@fandz.com, jmarcus@marcuslaw.us, OFAC_Feedback@treasury.gov

Hello,

Thank you for your email.  In general, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) does not administer comprehensive sanctions against the West Bank.  The West Bank is

not subject to broad, jurisdiction-based sanctions at this time, meaning that not all activity involving the West Bank, or persons located in the West Bank, are necessarily prohibited.

OFAC administers and enforces an economic sanctions program targeting individuals and entities associated with the West Bank, as set forth in the West Bank-Related Sanctions (the Regulations), Executive Order 14115, issued under the authority of the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-06 and other statutes.  The Regulations generally prohibit all unauthorized transactions by U.S. persons or within the United States involving the property or interests in property of any individual or entity blocked pursuant to this sanctions program.  For more information, please see the Regulations and OFAC's List of Specially Designated Nationals and Blocked Persons, as well as other information specific to each sanctions program, on our website at https://ofac.treasury.gov.  For more information about West Bank-Related sanctions, please see Sanctions Program Website from Program List page: here.

On June 14, 2024, the U.S. Department of State designated Tzav 9 pursuant to Executive Order (E.O.) 14115.   Section 3 of E.O. 14115 details that U.S. persons are prohibited from "(a)the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and (b)the receipt of any contribution or provision of funds, goods, or services from any such person."

**11. Who must comply with OFAC regulations?**

U.S. persons must comply with OFAC regulations, including all U.S. citizens and permanent resident aliens regardless of where they are located, all persons and entities within the United States, all U.S. incorporated entities and their foreign branches. In the cases of certain programs, foreign subsidiaries owned or controlled by U.S. companies also must comply. Certain programs also require foreign persons in possession of U.S.-origin goods to comply.

Sincerely,

Compliance Division

Office of Foreign Assets Control (OFAC)

U.S. Department of the Treasury

1500 Pennsylvania Ave. NW

Washington, DC 20220

Toll Free: 1-800-540-6322

Local: 1-202-622-2490

Email: OFAC_Feedback@treasury.gov

Website:  https://ofac.treasury.gov

jh