TEXANS FOR ISRAEL et al.
_____
              Plaintiff

§
§
§
§
§    Case No. 2:24-CV-00167-Z
§
§
v.                             §
§
§
U.S. DEP'T of the TREASURY  §
_____   etal.  §
              Defendant

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.      Applicant is an attorney and a member of the law firm of (or practices under the name of)

ZELL, ARON + Co. _____, with offices at

34 Ben YEHUDA ST., 14th FLOOR, _____
(Street Address)

JERUSALEM _____         ISRAEL _____     9423001 _____
(City)                                   (State)                (Zip Code)

011-972-2-633-6300 _____         011-972-2-587-5904 _____
(Telephone No.)    011-972-52-869-       (Fax No.)
                        9000

II.     Applicant will sign all filings with the name L. MARC ZELL _____.

III.    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

TEXANS for ISRAEL        YOSEF BEN CHAIM
MICHAEL ISLEY            ARI ABRAMOWITZ
REGAVIM, A.R.
MEIR DEUTSCH

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

DISTRICT of COLUMBIA                    , where Applicant regularly practices law.

Bar license number: _959437_ Admission date: _Sept. 1978_

<div style="float:right; border:1px solid;">For Court Use Only.<br>Bar Status Verified:</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| MD CT. & APPEALS | December 1977 | ACTIVE |
| VA. SUPREME CT. | October 1981 | ASSOCIATE |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

_____N/A_____              _____

_____              _____

_____              _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

___Jonathan F. Mitchell_____, who has offices at

__111 Congress Avenue, Suite 400_____
(Street Address)

__Austin &_____     __Texas___     __78701__
(City)                                        (State)              (Zip Code)

__(512) 686-3940_____     __(512) 6863941_____
(Telephone No.)                              (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

✓          Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

            Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __8th__ day of __August_____ ,__2024__

__L. Marc Zell_____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.