TEXANS FOR ISRAEL et al. §
_____ §
Plaintiff §
§
§
§
v. § Case No. 2:24-CV-00167-Z
§
§
U.S. DEP'T of the TREASURY §
_____ §
Defendant et al. §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

ZELL, ARON + Co.  , with offices at

34 Ben YEHUDA ST., 14th FLOOR,
(Street Address)

JERUSALEM            ISRAEL         9423001
(City)               (State)        (Zip Code)

011-972-2-633-6300      011-972-2-587-5904
(Telephone No.)          (Fax No.)
011-972-52-869-9000

II. Applicant will sign all filings with the name  L. MARC ZELL .

III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

TEXANS for ISRAEL        YOSEF BEN CHAIM
MICHAEL ISLEY            ARI ABRAMOWITZ
REGAVIM, A.R.
MEIR DEUTSCH

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of DISTRICT of COLUMBIA, where Applicant regularly practices law.

Bar license number: 959437   Admission date: Sept. 1978

| For Court Use Only. |
| Bar Status Verified: |

Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| MD CT. & APPEALS | December 1977 | ACTIVE |
| VA. SUPREME CT. | October 1981 | ASSOCIATE |
|  |  |  |
|  |  |  |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: **N/A**

Case No. And Style: _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is **Jonathan F. Mitchell**, who has offices at **111 Congress Avenue, Suite 400**
(Street Address)
**Austin**   **Texas**   **78701**
(City)   (State)   (Zip Code)
**(512) 686-3940**   **(512) 686-3941**
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

✓ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the **8th** day of **August**, **2024**.

**L. Marc Zell**
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.