## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Texans for Isreal et al <br> *Plaintiff* <br><br> v. <br><br> U.S. Department of the Treasury et al <br> *Defendant* | § <br> § <br> § <br> § <br> §    Case No. 2:24-cv-167 <br> § <br> § <br> § <br> § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Holtzman Vogel Baran Torchinksy & Josefiak PLLC, with offices at

2300 N Street, NW, Suite 643
(Street Address)

| Washington | DC | 20037 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 202.737.8808 | 540.341.8809 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.** Applicant will sign all filings with the name Jason B. Torchinsky.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Texans for Isreal, Michael Isley, Regavim, A.R., Meir Deutsch, Yosef Ben Chaim, Ari Abramowitz

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 76033     Admission date: 9/10/2007

| For Court Use Only. |
| Bar Status Verified: |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:              Active or Inactive:

See Attached

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: __N/A__

Case No. And Style: _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

__Jonathan Mitchell__, who has offices at

__111 Congress Avenue, Suite 400__
(Street Address)

__Austin__     __TX__     __78701__
(City)     (State)     (Zip Code)

__512.686.3940__     __512.686.3941__
(Telephone No.)     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of __August__, __2024__.

Jason B. Torchinsky
Printed Name of Applicant

*/signature/*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.