IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-167-Z |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court are Plaintiffs' Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 4–9), filed August 8, 2024. Each Application lists Jonathan F. Mitchell, who has offices in Austin, Texas, as local counsel.

However, Local Rule 83.10 states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Local counsel "means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.* Accordingly, the Applications are **DEFERRED** for fourteen days to provide Applicants time to identify local counsel within 50 miles of this courthouse.

**SO ORDERED**.

August 12, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE