UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Texans for Israel et al | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:24-cv-167 |
| | § | |
| | § | |
| U.S. Department of the Treasury et al | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Holtzman Vogel Baran Torchinsky & Josefiak PLLC _____, with offices at

15405 John Marshall Hwy _____
(Street Address)

Haymarket _____    VA _____    20169 _____
(City)                                          (State)          (Zip Code)

540.341.8808 _____    540.341.8809 _____
(Telephone No.)                              (Fax No.)

**II.**  Applicant will sign all filings with the name  Andrew B. Pardue _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Texans for Israel, Michael Isley, Regavim, A.R., Meir Deutsch, Yosef Ben Chaim, Ari Abramowitz

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Virginia_____, where Applicant regularly practices law.

Bar license number: _95926_____    Admission date: _12/2/2020_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| USDC WD VA | 12.6.2023 | Active |
| US District Court ED VA | 1.26.2021 | Active |
| US District Court DC | 4/3/2023 | Active |
| Supreme Court of United States | 1/16/2024 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

N/A _____    _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Jonathan Mitchell _____ , who has offices at

111 Congress Avenue, Suite 400 _____
(Street Address)

Austin _____    TX _____    78701 _____
(City)                              (State)          (Zip Code)

512.686.3940 _____    512.686.3941 _____
(Telephone No.)                     (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___15___ day of August _____ , 2024 _____.

Andrew B. Pardue _____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.