

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jerome M. Marcus, Esq.

#### DATE OF ADMISSION

**November 27, 1987**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 16, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk