IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| *TEXANS FOR ISRAEL; MICHAEL ISLEY; REGAVIM, A.R.; MEIR DEUTSCH; YOSEF BEN CHAIM;* and *ARI ABRAMOWITZ,*<br><br>   Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY; JANET L. YELLEN, *in her official capacity as Secretary of the Treasury;* U.S. DEPARTMENT OF STATE; ANTONY J. BLINKEN, *in his official capacity as Secretary of State;* U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, *in his official capacity as Secretary of the Department of Homeland Security;* OFFICE OF FOREIGN ASSETS CONTROL; BRADLEY T. SMITH, *in his official capacity as Director of the Office of Foreign Assets Control;* FINANCIAL CRIMES ENFORCEMENT NETWORK; *and* ANDREA GACKI, *in her official capacity as Director of the Financial Crimes Enforcement Network,*<br><br>   Defendants. | **CASE NO. 2:24-CV-167** |

## NOTICE OF APPEARANCE OF PLAINTIFFS' LOCAL COUNSEL

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

COMES NOW, Joseph M. Parsons of Mayfield, Heinrich, Rahlfs, Weaber & Parsons, L.L.P., and pursuant to Local Civil Rule 83.10(a) hereby files this appearance as local counsel for Plaintiffs. Jonathan F. Mitchell, of Mitchell Law, PLLC shall remain Plaintiffs' lead counsel in this matter.

Respectfully submitted,

*/s/ Joseph M. Parsons*
**Joseph M. Parsons, SBN 24067815**
MAYFIELD, HEINRICH, RAHLFS,
WEABER & PARSONS, L.L.P.
320 S. Polk, Suite 1000
Amarillo, TX 79101
Phone: (806) 242-0152
Fax: (806) 242-0159
joey@mhrwp.com
**LOCAL COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic filing system, on August 26, 2024.

*/s/ Joseph M. Parsons*
**Joseph M. Parsons**