# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Caleb Brett Acker

was admitted to practice as an attorney and counsellor at the bar of this Court on March 5, 2024.

I further certify that so far as the records of this office are concerned, Caleb Brett Acker is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 22nd day of August

A.D. 2024

By: _____
Deputy Clerk