IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | 2:24-CV-167-Z |

**ORDER**

Before the Court are Plaintiffs' Applications for Admission *Pro Hac Vice* (ECF Nos. 4–9) ("First Applications"), filed August 8, 2024, Plaintiffs' Application for Admission *Pro Hac Vice* (ECF No. 10), filed August 12, 2024, Plaintiffs' Application for Admission *Pro Hac Vice* (ECF No. 12), filed August 15, 2024, and Plaintiffs' Application for Admission *Pro Hac Vice* (ECF No. 13), filed August 20, 2024 (together the "Subsequent Applications"). The First Applications and Subsequent Applications list Jonathan F. Mitchell, who has offices in Austin, Texas, as local counsel. However, Local Rule 83.10 states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Local counsel "means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.*

The Court deferred the First Applications for fourteen days to provide Applicants time to identify local counsel within 50 miles of this courthouse (ECF No. 11). Since then, Joseph Mark Parsons, an Amarillo, Texas attorney, entered a Notice of Attorney Appearance as local counsel on August 26, 2024, fourteen days after this Court's deferral (ECF No. 14). Plaintiffs have thus obtained

local counsel compliant with Local Rule 83.10. Accordingly, the First Applications (ECF Nos. 4–9) and Subsequent Applications (ECF Nos. 10, 12–13) are **GRANTED**.

    **SO ORDERED**.

    September 5, 2024

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE