AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Texans for Israel et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-167 |
| U.S. Department of the Treasury ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Texans for Israel, Michael Isley, Regavim, A.R., Meir Deutsch, Yosef Ben Chaim, Ari Abramowitz   .

Date:   09/06/2024

/s/ Dallin B. Holt
*Attorney's signature*

Dallin B. Holt 24099466
*Printed name and bar number*

Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
2555 East Camelback Road, Suite 700
Phoenix, AZ 85016

*Address*

dholt@holtzmanvogel.com
*E-mail address*

(540) 341-8808
*Telephone number*

(540) 341-8809
*FAX number*