IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-167-Z |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 15), filed August 30, 2024. Caleb B. Acker represents that he has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And he identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED**.

September 6, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE