UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Texans for Israel et al  §
*Plaintiff*  §
  §
  §
v.  §  Case No. 2:24-cv-167
  §
  §
U.S. Department of the Treasury et al  §
*Defendant*  §
  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Holtzman Vogel Baran Torchinksy & Josefiak PLLC, with offices at

2300 N Street, NW, Suite 643
(Street Address)

Washington                          DC                  20037
(City)                              (State)             (Zip Code)

202.737.8808                        540.341.8809
(Telephone No.)                     (Fax No.)

**II.**   Applicant will sign all filings with the name  Erielle R. Davidson.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Texans for Israel, Michael Isley, Regavim, A.R., Meir Deutsch, Yosef Ben Chaim, Ari Abramowitz

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 90002903     Admission date: 06/01/2022

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of Columbia | 06/01/2022 | Active |
| US District Court DC | 05/06/2024 | Active |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Joseph M. Parsons                                                                 , who has offices at

320 S. Polk, Suite 1000
(Street Address)

Amarillo                                          TX                    79101
(City)                                            (State)               (Zip Code)

806.282.5689                                      806.242.0159
(Telephone No.)                                   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of September                , 2024   .

Erielle R. Davidson
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.