AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Texans for Israel, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00167-Z |
| | ) | |
| U.S. Department of the Treasury, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/07/2024

*Signature of Clerk or Deputy Clerk*

Case 2:24-cv-00167-Z   Document 3   Filed 08/07/24   Page 32 of 60   PageID 123
Case 2:24-cv-00167-Z   Document 22   Filed 09/18/24   Page 2 of 10   PageID 218
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00167-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control was received by me on *(date)* August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail.  The documents were served by the USPS on August 14, 2024, as shown on the online tracking documents attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9.12.2024

*Server's signature*

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70201290000213336638

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:50 am on August 14, 2024 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20220
August 14, 2024, 3:50 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20220
August 13, 2024, 10:12 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 13, 2024, 9:53 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 4:19 am

**In Transit to Next Facility**
August 12, 2024

**Arrived at USPS Regional Facility**

Case 2:24-cv-00167-Z Document 3 Filed 08/07/24 Page 33 of 60 PageID 127
Case 2:24-cv-00167-Z Document 22 Filed 09/18/24 Page 4 of 10 PageID 220

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Texans for Israel, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00167-Z |
| | ) | |
| U.S. Department of the Treasury, et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas **or** to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 08/07/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 2:24-cv-00167-Z   Document 3   Filed 08/07/24   Page 34 of 60   PageID 128
Case 2:24-cv-00167-Z   Document 22   Filed 09/18/24   Page 5 of 10   PageID 221
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00167-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control was received by me on *(date)* August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail. The documents were served by the USPS on August 14, 2024, as shown on the online tracking documents and the return receipt green card attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9.12.2024

Server's signature

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

# 9589071052700762759779

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:10 pm on August 14, 2024 in AMARILLO, TX 79101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
AMARILLO, TX 79101
August 14, 2024, 1:10 pm

### Out for Delivery
AMARILLO, TX 79101
August 14, 2024, 7:16 am

### Arrived at Post Office
AMARILLO, TX 79120
August 14, 2024, 7:05 am

### Arrived at USPS Regional Facility
AMARILLO TX DISTRIBUTION CENTER
August 14, 2024, 4:14 am

### In Transit to Next Facility
August 13, 2024

### Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER
August 9, 2024, 11:34 pm

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Office of the US Attorney
   Northern District of Texas
   500 S Taylor St, Ste LB238
   Amarillo TX 79101

   9590 9402 7693 2122 6655 26

2. Article Number (Transfer from service label)

   9589 0710 5270 0762 7597 79

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Ashley R
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
     (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Case 2:24-cv-00167-Z   Document 22   Filed 09/18/24   Page 8 of 10   PageID 224
Case 2:24-cv-00167-Z   Document 3   Filed 08/07/24   Page 35 of 60   PageID 129
AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Texans for Israel, et al<br>*Plaintiff*<br>v.<br>U.S. Department of the Treasury, et al<br>*Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-00167-Z |

## Summons in a Civil Action

**TO:** Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin , TX 78701

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 08/07/2024

Case 2:24-cv-00167-Z  Document 3  Filed 08/07/24  Page 36 of 60  PageID 129
Case 2:24-cv-00167-Z  Document 22  Filed 09/18/24  Page 9 of 10  PageID 225
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00167-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control was received by me on *(date)* August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail. The documents were served by the USPS on August 14, 2024, as shown on the return receipt green card attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9.12.2024

_____
Server's signature

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

