AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Texans for Israel, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00167-Z |
| | ) | |
| U.S. Department of the Treasury, et al | ) | |
| *Defendant* | ) | |
| | ) | |

### Summons in a Civil Action

**TO:** Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin , TX 78701

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



DATE: 08/07/2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00167-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security was received by me on *(date)*  August 7, 2024_____.

☐   I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____;  or

☒   other *(specify)*  I served the summons and a copy of the complaint via USPS Certified Mail.  The documents were served by the USPS on August 13, 2024, as shown on the online tracking documents attached hereto.

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  9.12.2024_____          _____
                                              Server's signature

                                              Kim Acres, Paralegal
                                              Printed name and title

                                              15405 John Marshall Hwy, Haymarket, VA 20169
                                              Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70201290000213336980

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:57 am on August 13, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20528
August 13, 2024, 10:57 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 13, 2024, 7:10 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 4:16 am

**In Transit to Next Facility**
August 12, 2024

**Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
August 9, 2024, 11:35 pm

Feedback