AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Texans for Israel, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| U.S. Department of the Treasury, et al | ) |
| *Defendant* | ) |
| | ) |

Civil Action No. 2:24-cv-00167-Z

## Summons in a Civil Action

**TO:** U.S. Department of Homeland Security

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

> Jonathan Mitchell
> 111 Congress Avenue
> Suite 400
> Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/07/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00167-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security_____
was received by me on *(date)*  August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail.  The documents were
served by the USPS on August 13, 2024, as shown on the online tracking documents attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  9.12.2024_____

_____
Server's signature

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

8/22/24, 2:17 PM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                              FAQs >

**Tracking Number:**                                              Remove ✕

# 70201290000213336942

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:57 am on August 13, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20528
August 13, 2024, 10:57 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
August 13, 2024, 7:10 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 4:17 am

● **In Transit to Next Facility**
August 12, 2024

● **Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
August 9, 2024, 11:32 pm

Feedback