AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Texans for Israel, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00167-Z |
| | ) | |
| U.S. Department of the Treasury, et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** U.S. Department of State

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/07/2024

*Signature of Clerk or Deputy Clerk*

Case 2:24-cv-00167-Z   Document 31   Filed 09/13/24   Page 2 of 8   PageID 176
Case 2:24-cv-00167-Z   Document 3   Filed 08/07/24   Page 4 of 60   PageID 135
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00167-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State_____
was received by me on *(date)* August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail. The documents were served by the USPS on August 14, 2024, as shown on the return receipt green card attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9.12.2024

_____
Server's signature

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700422673742

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:03 am on August 14, 2024 in WASHINGTON, DC 20022.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20022
August 14, 2024, 6:03 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20520
August 13, 2024, 10:11 am

**Arrived at Post Office**
WASHINGTON, DC 20018
August 13, 2024, 9:04 am

**Arrived at USPS Regional Facility**
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
August 13, 2024, 7:32 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 7:08 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 6:28 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 6:04 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 13, 2024, 3:45 am

**Departed USPS Regional Facility**

MERRIFIELD VA DISTRIBUTION CENTER
August 13, 2024, 3:00 am

**In Transit to Next Facility**

August 12, 2024

**Arrived at USPS Regional Facility**

MERRIFIELD VA DISTRIBUTION CENTER
August 9, 2024, 11:35 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   US Department of State
   2201 C Street NW
   Washington DC   20520

   9590 9402 7693 2122 6651 51

2. Article Number (Transfer from service label)
   9589 0710 5270 0422 6737 73

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   DoS Official Mailer
   Scanned and Processed
   AUG 14 2024

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case 2:24-cv-00167-Z Document 3 Filed 08/07/24 Page 47 of 60 PageID 141
Case 2:24-cv-00167-Z Document 31 Filed 09/18/24 Page 6 of 8 PageID 274
AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| | |
|---|---|
| Texans for Israel, et al <br> *Plaintiff* <br> v. <br> U.S. Department of the Treasury, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:24-cv-00167-Z <br> ) <br> ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** U.S. Department of State

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Mitchell
111 Congress Avenue
Suite 400
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/07/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-cv-00167-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of State_____
was received by me on *(date)* August 7, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)* I served the summons and a copy of the complaint via USPS Certified Mail. The documents were served by the USPS on August 14, 2024, as shown on the return receipt green card attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9.12.2024

Server's signature

Kim Acres, Paralegal
Printed name and title

15405 John Marshall Hwy, Haymarket, VA 20169
Server's address

Additional information regarding attempted service, etc:

