IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | 2:24-CV-167-Z |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 19), filed September 13, 2024. Erielle R. Davidson represents that she has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And she identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED.**

September 18, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE