IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Case No.: 2:24-cv-167-Z |

## **PLAINTIFFS' DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Designation of Lead Counsel to designate Dallin B. Holt of Holtzman Vogel Baran Torchinsky & Josefiak, PLLC, Texas State Bar No. 24099466, as lead counsel in this case, substituting in for Jonathan Mitchell, Texas State Bar No. 24075463. While Mr. Mitchell will still be involved in the matter, Plaintiffs anticipate Mr. Holt will remain Lead Counsel for Plaintiffs throughout the case, absent exceptional circumstances. Plaintiffs respectfully request that all matters concerning this case be directed to Mr. Holt.

Respectfully submitted,

*/s/ Dallin B. Holt*
Dallin B. Holt
Texas State Bar No. 24099466
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel:  602-388-1262
Fax: 540-341-8809
dholt@holtzmanvogel.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed with the Clerk of the United States District Court for the Northern District of Texas via the Court's e-filing system on the 25th day of September 2024.

/s/ Dallin B. Holt
Dallin B. Holt