IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>        Defendants. | Case No.: 2:24-cv-167-Z |

**CERTIFICATE REGARDING JUDGE SPECIFIC REQUIREMENT**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

                                                */s/ Dallin B. Holt*
                                                Dallin B. Holt
                                                Texas State Bar No. 24099466
                                                HOLTZMAN VOGEL BARAN
                                                TORCHINSKY & JOSEFIAK, PLLC
                                                2555 East Camelback Road, Suite 700
                                                Phoenix, Arizona 85016
                                                Tel:  602-388-1262
                                                Fax: 540-341-8809
                                                dholt@holtzmanvogel.com
                                                **ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed with the Clerk of the United States District Court for the Northern District of Texas via the Court's e-filing system on the 25th day of September 2024.

/s/ *Dallin B. Holt*
Dallin B. Holt