IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-CV-00167-Z |

## NOTICE OF APPEARANCE

Please take notice that Amy Powell, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants in the above-captioned matter.

Dated: October 9, 2024

    Respectfully Submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    BRIGHAM BOWEN
    Assistant Branch Director

    */s/ Amy E. Powell*
    AMY E. POWELL
    Senior Trial Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    c/o U.S. Attorney's Office for EDNC
    150 Fayetteville St, Suite 2100
    Raleigh, NC 27601
    Tel.: 919-856-4013
    Email: amy.powell@usdoj.gov
    *Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

>  */s/ Amy E. Powell*
> AMY E. POWELL
> United States Department of Justice

2