IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 2:24-CV-00167-Z |

## NOTICE OF APPEARANCE

Please take notice that Dorothy Matilda Canevari, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants in the above-captioned matter.

Dated: October 9, 2024

        Respectfully Submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        BRIGHAM BOWEN
        Assistant Branch Director

        */s/ Dorothy Matilda Canevari*
        DOROTHY M. CANEVARI
        (NY Bar # 5989694)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Tel.: (202) 616-8040
        Email: Dorothy.m.caenvari@usdoj.gov
        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Dorothy Matilda Canevari*
DOROTHY M. CANEVARI
United States Department of Justice