**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br>     Defendants. | Civil Action No. 2:24-CV-00167-Z |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Leave to File Brief with Extended Page Limits, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED** and Defendants' forthcoming brief in support of its motion to dismiss Plaintiffs' complaint SHALL NOT EXCEED 55 pages.

SO ORDERED, this [ ] day of October, 2024.

 

_____
Matthew J. Kacsmaryk
United States District Court Judge

1