IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-167-Z |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendants' Motion for Leave to File Brief with Extended Page Limits ("Motion") (ECF No. 44), filed October 9, 2024. Northern District of Texas Local Rule 7.2 governs brief length for motions to dismiss. It permits the presiding judge to extend brief lengths for "extraordinary and compelling reasons." Local Rule 7.2. Defendants request an additional 30 pages beyond the allotted 25 pages. Defendants allege they need the additional pages because of the "number of parties, the number of claims, and the complexity of the issues." ECF No. 44 at 2. The Motion is unopposed. *Id.* Having considered the Motion, the Court **GRANTS** the Motion. Defendants are **ORDERED** to submit a brief in support of its upcoming motion to dismiss that does not exceed 55 pages.

**SO ORDERED.**

October 10, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE