IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>  Defendants. | Civil Action No. 2:24-CV-00167-Z |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants respectfully move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The reasons for this Motion are set forth in the Defendants' Brief in Support of their Motion to Dismiss as well as the appendix, filed separately. A proposed order is filed concurrently herewith.

Dated: October 15, 2024

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Amy E. Powell*
AMY POWELL
Senior Trial Counsel
DOROTHY CANEVARI
ALEXANDER N. ELY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2024, I electronically filed the foregoing Motion to Dismiss and all supporting materials with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                    */s/ Amy E. Powell*
                                    AMY E. POWELL
                                    United States Department of Justice