**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, *et al.*, <br><br>    Defendants. | Civil Action No. 2:24-CV-00167-Z |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT**

This case comes before the Court upon Defendants' Motion to Dismiss under Federal Rule

of Civil Procedure 12(b)(1) and 12(b)(6).  Upon consideration of Defendants' motion, it is hereby

**ORDERED** as following:

Defendants' Motion to Dismiss is **GRANTED,** and accordingly,

This case is **DISMISSED.**

Done and ordered in Amarillo, Texas, this _____ day of _____, 2024.


_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE