IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>       Defendants. | Civil Action No. 2:24-CV-00167-Z |

## DEFENDANTS' MOTON TO TRANSFER VENUE

Defendants respectfully move to transfer this case to the U.S. District Court for the District of Columbia under 28 U.S.C. § 1404(a) and § 1406(a). The reasons for this Motion are set forth in the Defendants' Brief in Support of their Motion to Transfer Venue, filed separately. A proposed order is filed concurrently herewith.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully Submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>*/s/ Dorothy Canevari*<br>AMY POWELL<br>Senior Trial Counsel<br>DOROTHY CANEVARI<br>ALEXANDER N. ELY<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Washington, DC 20005 |

Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Counsel for Defendants*