# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>    Defendants. | Civil Action No. 2:24-CV-00167-Z |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to transfer venue, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that this case be transferred to the United States District Court for the District of Columbia.

Done and ordered in Amarillo, Texas, this _____ day of _____, 2024.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE