IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-167-Z |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is parties' Joint Motion to Extend Deadlines and Set Briefing Schedule ("Motion") (ECF No. 51), filed November 1, 2024. Plaintiffs plan to amend their complaint and seek a deadline extension to do so. ECF No. 51 at 1. Defendants have already filed a Motion to Dismiss and a Motion to Transfer. *Id.* All parties contend that the planned amended complaint will render at least some of the arguments of the current Motion to Dismiss obsolete. *Id.* at 1. Accordingly, they seek to terminate the existing Motion to Dismiss as moot. *Id.* at 1–2. And they further seek the briefing deadlines for the Motion to Transfer extended considering the new factual allegations in the planned amended complaint. *Id.* at 2.

The Motion is **GRANTED**. The current Motion to Dismiss (ECF No. 46) is **DENIED AS MOOT**. The parties are **ORDERED** to comply with the following briefing schedule.

- Plaintiffs must file any amended complaint on or before **November 12, 2024**.

- Defendants must file any Motion to Dismiss the Amended Complaint on or before **December 20, 2024**.

- Plaintiffs must file a brief in opposition to the anticipated Motion to Dismiss and a brief in opposition to the pending Motion to Transfer on or before **January 23, 2025**.

- Defendants must file a reply brief in support of the anticipated Motion to Dismiss and a reply brief in support of the pending Motion to Transfer on or before **February 20, 2025**.

**SO ORDERED.**

November 4, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2