IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXANS FOR ISRAEL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-167-Z |
| U.S. DEPARTMENT OF THE TREASURY, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the parties' Consent Motion to Stay Proceedings ("Motion") (ECF No. 69), filed June 17, 2025. The parties agree that "ongoing settlement negotiations" render the continual extension of deadlines in this case "unnecessary and unhelpful." ECF No. 69 at 1, 2. Since Defendants filed their Motion to Transfer on October 15, 2024, the Court has extended deadlines four times. *See* ECF Nos. 57, 59, 61, 68. The parties instead seek a stay to "avoid unnecessary briefing and expense and conserve the resources of the parties and the Court." ECF No. 69 at 2. They propose filing joint status updates every thirty days while the case remains stayed.

The Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all proceedings and deadlines in this case.

The parties are **ORDERED** to file a status report **on the last business day of each**

**month**, with the first due **on July 31, 2025**. If the parties seek the case reopened and the Court agrees, the parties may then refile and reargue any motions they desire. The Court **DIRECTS** the Clerk of the Court to administratively close this case.

**SO ORDERED**.

July 1, 2025.

                                                  MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE