UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TEXANS FOR ISRAEL, *et al.*,

      Plaintiffs,

v.

                        Civil Action No. 2:24-CV-00167-Z

U.S. DEPARTMENT OF THE TREASURY,
*et al.*,

      Defendants.

## JOINT STATUS REPORT

On July 1, 2025, the Court granted the parties' Consent Motion to Stay Proceedings, ECF No. 69, so that the parties could continue settlement discussions, and ordered the Parties to file a joint status report ("JSR") on the last business day of each month beginning July 31, 2025. *See* ECF No. 70. Pursuant to this order, counsel for the Parties have conferred and hereby submit this Joint Status Report.

On February 23, 2026, Defendants shared a settlement counterproposal with Plaintiffs, which Plaintiffs are reviewing. The Parties are continuing to make progress towards a potential resolution. Because any settlement would obviate the need for further litigation, the Parties agree that further discussions pose a significant chance of lessening any burden on the Parties and the Court. Wherefore, the Parties anticipate filing the next status report on March 31, 2026.

Dated: February 27, 2026

                        Respectfully submitted,

                        BRETT A. SHUMATE
                        Assistant Attorney General,
                        Civil Division

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

Counsel for Defendants

*/s/ Dallin B. Holt*
DALLIN B. HOLT
Holtzman Vogel Baran Torchinsky & Josefiak,
PLLC
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
dholt@holtzmanvogel.com
(602) 388-1262
JOSEPH MARK PARSONS
Mayfield Rahlfs Weaber &
Parsons, LLP
320 S. Polk, Suite 400
Amarillo, Texas 79101
jparsons@mayfield-lawfirm.com
(806) 242-0152

Counsel for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Kevin K. Bell*
KEVIN K. BELL
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov